### Commonwealth *v.* Cunningham, Appellant.

Before DOTY, J.

██ Argued December 9, 1968. *Edward K. Nichols, Jr.,* for appellant; *James D. Crawford,* Assistant District Attorney, with him *Benjamin H. Levintow,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.

### Commonwealth, Appellant, *v.* DeFino.

Argued December 13, 1968. *James D. Crawford,* Assistant District Attorney, with him *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellant; *G. Fred Di Bona,* with him *Alfred J. Di Bona, Jr.,* for appellee.

The appeal is quashed.

WRIGHT, P. J., would reverse and remand with a procedendo.